# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1409
L.T. Case No. 16-2024-CA-3649

———————————————

JAMES A. ZEIGLER,

    Appellant,

    v.

AMERIS BANK as Successor in
interest by merger of Atlantic
Coast Bank, DISCOVER BANK,
BANK OF AMERICA, N.A., and
CITY OF JACKSONVILLE BEACH,
FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Gilbert Lee Feltel, Jr., Judge.

Charles Lee Wingard, Jr., of Woolsey Morcom, PLLC, Ponte Vedra,
for Appellant.

Austin B. Calhoun, of Lesak, Hamilton, Calhoun & Pontieri,
Jacksonville, for Appellee, Ameris Bank.

No Appearance for Remaining Appellees.

February 10, 2026

PER CURIAM.

AFFIRMED.

SOUD, KILBANE, and MACIVER, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---